[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-11551
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cr-00031-WLS-TQL-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARMONDEZ KEGLER,
a.k.a. Ron,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(January 14, 2015)

Before MARCUS, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Je'Nita N. Lane, appointed counsel for Armondez Kegler in this direct criminal appeal, has filed a motion to withdraw from further representation of Kegler, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Kegler's conviction and sentence are **AFFIRMED.**